JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA L. PIMM, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> OSU FEDERAL CREDIT UNION, et al., <br><br> Defendants. | Case No.: CV 09-590 DSF (JTLx) <br><br> DISMISSAL JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal, and plaintiffs not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

DATED: June 19, 2009

_____
DALE S. FISCHER
United States District Judge